In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00108-CR
### NO. 09-12-00109-CR

_____

### JUSTIN JAMAL JONES A/K/A JUSTIN JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 09-07762, 10-08353**

### MEMORANDUM OPINION

Pursuant to plea bargain agreements, Justin Jamal Jones a/k/a Justin Jones[1] pleaded guilty as a prior felony offender to assault on a family member and possession of a controlled substance. In each case, the trial court found the evidence sufficient to find Jones guilty, but deferred further proceedings and placed Jones on community supervision for five years. The State subsequently filed a motion to revoke Jones's unadjudicated community supervision in each case. In each case, Jones pleaded "true" to violating three conditions of his community supervision. The trial court found that Jones

---

[1]In trial cause number 10-08353, the indictment and the judgment only identify appellant as "Justin Jamal Jones[.]"

1

violated the conditions of his community supervision in each case, found Jones guilty of assault on a family member and possession of a controlled substance, sentenced Jones to ten years in prison for assault, and sentenced Jones to two years in state jail for possession. The trial court ordered Jones's sentence for assault to run consecutively with his sentence for possession.

Jones's appellate counsel filed briefs that present counsel's professional evaluation of the record and conclude Jones's appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On August 16, 2012, we granted an extension of time for Jones to file *pro se* briefs. We received no response from Jones in either case. We reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues support Jones's appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[2]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 19, 2012
Opinion Delivered November 28, 2012
Do Not Publish
Before McKeithen, C.J., Gaultney and Kreger, JJ.

---

[2]Jones may challenge our decision in these cases by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2